# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAMARIS RAMOS,

    Petitioner,

v.                                   CASE NO. 4:11-cv-00144-MP-CJK

TAYLOR,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 28, 2014. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This matter is dismissed and the Clerk is directed to close the file..

**DONE AND ORDERED** this *21st* day of July, 2014

                                *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge